**Order entered October 30, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00648-CV

## IN THE ESTATE OF JOHN M. HOUSTON, DECEASED

**On Appeal from the Collin County Probate Court**
**Collin County, Texas**
**Trial Court Cause No. PB-001-56605**

## ORDER

We **REINSTATE** this appeal. Before the Court are (1) the October 27, 2017 supplemental clerk's record containing the trial court's findings of fact and conclusions of law for which we abated the appeal, (2) the October 26, 2017 supplemental clerk's record containing a document from a different appeal, and (3) appellant's October 5, 2017 motion for an extension of time to file a notice of appeal.

We abated this appeal to allow the trial court to comply with this Court's September 27, 2017 order to make written findings regarding the accuracy of the reporter's record of the hearing conducted on May 1, 2017. The trial court found that the court reporter properly excluded the omitted discussion "as it was an off-the-record conversation between appellant and her attorney." The trial court concluded the reporter's record of the May 1st hearing is complete. We **ADOPT** the trial court's findings and conclusion.

The reporter's record of the May 1st hearing has not been filed with this Court. Accordingly, we **ORDER** court reporter Jacqueline Love-Worline to file, **WITHIN FIFTEEN** days of the date of this order, the reporter's record of the hearing.

By order dated September 20, 2017, the Court ordered the trial court to file, within twenty days, a list of all proceedings in this case that were stenographically recorded or electronically tape recorded along with the names and contact information of the reporter(s) and recorder(s) who were responsible for the record of each recorded proceeding. To date, the trial court has not complied. Accordingly, we again **ORDER** the trial court to file, **WITHIN TEN DAYS**, the list requested in this Court's September 20th order.

Appellant filed a letter on September 20th showing that she has requested reporter's records only of the hearings conducted on January 11, 2017, March 8, 2017, and May 1, 2017. The reporter's records of the January 11th and March 8th hearings have been filed. It is not clear to this Court whether appellant seeks any additional reporter's records. Accordingly, on the Court's own motion, we **ORDER** appellant to provide written verification, **WITHIN TEN DAYS** of the date of this order, whether she is seeking any reporter's records in addition to the three she has requested.

On the Court's own motion, we **STRIKE** the supplemental clerk's record inadvertently filed in this appeal on October 26, 2017.

We **GRANT** appellant's motion to extend the time to file a notice of appeal. The notice of appeal filed on September 11, 2017 is deemed timely for jurisdictional purposes.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Weldon Copeland, Presiding Judge of the Probate Court of Collin County, Ms. Love-Worline, and all parties.

/s/    CRAIG STODDART
       JUSTICE